ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 AUG 13 A 9 29

CLERK: BMcCarthy

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| PATRICK WEBB, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-051 |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's Grievance, Letter, "Medical Requests," and "Medical Forms" claims, as well as Defendants Corrections Corporation of America, Kemp, and Un-Named, Director of Health Services, Wheeler Correctional Institution, are **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED this 13th day of August, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE